**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Marissa Hernandez,

Plaintiff,

v.

Michael Ly et al.,

Defendants.

Case No. 2:21-cv-07858-PA-AYP

JUDGEMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: August 4, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE